**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Epifanio DELAPORTILLA,**
**Defendant–Appellant.**

No. 05–20611.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Steve Baxley, Baxley Law Office, Houston, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Counsel on direct appeal has moved for leave to withdraw and has filed a brief and a supplemental brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Acquaye,* 452 F.3d 380, 382 (5th Cir.2006). Our independent review of counsel's briefs, the record, and the appellant's responses discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.